UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONNIE HICKS, | |
| Petitioner, | NO. CV-08-128-RHW |
| vs. | ORDER DENYING STAY AND DISMISSING PETITION |
| RON VAN BOENING, | |
| Respondent. | |

BEFORE THE COURT is Petitioner's Motion to Stay (Ct. Rec. 9). Petitioner, a prisoner at the McNeil Island Corrections Center, is proceeding *pro se;* Respondent has not been served.

Petitioner failed to note his motion for calendar (and he did not present a memorandum in support of his motion) as required by Local Rule for the Eastern District of Washington 7.1(h).  Because this is the first time that Petitioner has failed to do so, the Court has noted Petitioner's motion for hearing on the date signed below. **PETITIONER IS CAUTIONED THAT ANY FURTHER MOTIONS SUBMITTED TO THE COURT WITHOUT NOTING THEM FOR HEARING IN COMPLIANCE WITH THE LOCAL RULES WILL NOT BE ADDRESSED BY THE COURT.**

Petitioner's single page Motion requests the Court stay his Petition until he has exhausted his state court remedies.  He

ORDER DENYING STAY AND DISMISSING PETITION -- 1

indicates he has presented a Personal Restraint Petition to the state courts, asserting "numerous Equal Protection and Due Process violations" which allegedly justify his immediate release.  He indicates he will file a motion to dismiss if the remedies he seeks in state court are granted.

A federal court may implement a "stay" in a habeas proceeding where "petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics. . . ." *Rhines v. Weber*, 544 U.S. 269, 278, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005).  Petitioner, however, has presented no facts to justify a stay in this action, neither has he demonstrated a future habeas petition would be time barred under 28 U.S.C. § 2244(d).

Therefore, **IT IS ORDERED** Petitioner's Motion to Stay (Ct. Rec. 9) is **DENIED.  IT IS FURTHER ORDERED** the Petition is **DISMISSED without prejudice** for failure to exhaust state court remedies.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal, forward a copy to Petitioner, and close the file.

**DATED** this 7TH day of August, 2008.

> *S/ Robert H. Whaley*
> ROBERT H. WHALEY
> CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\Hicks\8cv128rhw-8-5-denystaydismisshc.wpd

ORDER DENYING STAY AND DISMISSING PETITION -- 2